# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0574

_____

VINCENT CHARO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


June 4, 2018


PER CURIAM.

Any arguments related to the competency order that Petitioner seeks to belatedly appeal in this proceeding are properly raised in the timely appeal in case number 1D18-0601. Accordingly, the petition for belated appeal is hereby dismissed.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vincent Charo, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.